## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Facebook ID # 100006294720664 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No.   18-sw-6271-SKC<br><br>**Filed Under Restriction** |

## ORDER TO RESTRICT CASE AND ORDER FOR NON-DISCLOSURE AND ORDER TO KEEP ACCOUNT ACTIVE

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including the Search Warrant, Application and Affidavit in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 3 until further order of the Court;

2) pursuant to Title 18, United States Code, Sections 2703(b)(1)(A) and 2705(b), the Social Networking Service Provider to whom this Search Warrant is directed shall not disclose the existence of this Search Warrant or this Order of the Court, to the listed subscriber or to any other person, other than its personnel essential for compliance with the execution of this Search Warrant until further order of the Court; and

the Social Networking Service Provider to whom this Search Warrant is directed shall

maintain the account further detailed in Attachment A of the Search Warrant in an open and active status.

DATED this  20th  day of November 2018.

BY THE COURT:

_____
S. KATO CREWS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO