AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 18-SW-06271-SKC | 11/21/2018 @ 9:51 AM | N/A |

Inventory made in the presence of : N/A

Inventory of the property taken and name of any person(s) seized:

ONE ELECTRONIC PDF FILE, TITLED "310870506304804" FOR FACEBOOK ID 100006294720664.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3:22 pm, Dec 18, 2018
**JEFFREY P. COLWELL, CLERK**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/17/2018

_____
*Executing officer's signature*

JEFF BAUMERT, SPECIAL AGENT
*Printed name and title*