IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No: 18-sw-06271-SKC

IN THE MATTER OF THE SEARCH OF

Facebook ID # 100006294720664 THAT IS STORED
AT PREMISES CONTROLLED BY FACEBOOK INC.

## ORDER TO UN-RESTRICT CASE

THIS MATTER coming before the Court upon motion of the Government to un-restrict, and the Court having considered the same,

IT IS HEREBY ORDERED that the Application for Search Warrant, Search Warrant, Motion and Order to Restrict, and this Motion and Order be un-restricted and viewable by the public.

IT IS SO ORDERED on this 21st day December, 2018.

S. KATO CREWS
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO